UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| RICHARD E. WILLIAMS,      : | |
|     Plaintiff           : | |
|                    : | |
|     v.                         : | File No. 1:03-CV-291 |
|                    : | |
| UNITED STATES OF AMERICA  : | |
| and HARRY JOHNSON,        : | |
|     Defendants         : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed July 19, 2005 (Doc. 51). After _de novo_ review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. _See_ 28 U.S.C. § 636(b)(1). The government's motion to dismiss (Doc. 38) is GRANTED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 10th day of August, 2005.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge